UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

D'ANGELO J. PUGH,

    Plaintiff,

v.        Case No. 5:25-cv-57-MCR-MJF

MICHAEL G. NICHOLS, et al.,

    Defendants.

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on August 18, 2025. *See* ECF No. 7. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference into this Order.

2. This civil action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute, failure to pay the filing fee, and failure to comply with court orders.

3. The Clerk of Court is directed to close this case file.

**DONE AND ORDERED** this 9th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**